IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTORINA MATA,

    Plaintiff,

v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon, OREGON DEPARTMENT OF HUMAN SERVICES an agency of the State of Oregon, CATHLEEN KAUFMANN, PATRICIA WENTZ, BEVIN HANSELL, and BRUCE GOLDBERG,

    Defendants.

Civ. No. 6:13-cv-485-TC

ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 32), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 32) is adopted. Defendants' partial motion to dismiss (ECF No. 29) is GRANTED. Plaintiff's due process claims are dismissed with prejudice. Plaintiff's claims against defendant Goldberg are dismissed without prejudice, with leave to amend the complaint to allege a section 1983 claim against Goldberg.

IT IS SO ORDERED.

DATED this 6th day of August, 2014.

                                                  Michael J. McShane
                                           United States District Judge