IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**VICTORINA MATA,**

    Plaintiff,

v.

**OREGON HEALTH AUTHORITY, an agency of the State of Oregon, CATHLEEN KAUFMANN, and PATRICIA WENTZ,**

    Defendants.

Civ. No. 6:13-cv-485-MC

**ORDER**

MCSHANE, Judge:

    Defendants filed a Second Motion for Partial Summary Judgment (ECF No. 111) on 5/6/2016, and the matter is now before this court. For the following reasons, Defendants' motion is **GRANTED** and plaintiff's claim based on ORS 659A.199 is DISMISSED.

1 –ORDER

In light of recent decisions in this District on this issue, specifically in *Lindsey v. Clatskanie People's Utility District,* 2015 WL 6443290 (D. Or. Oct. 23, 2015), and *Minger v. Hood Community College District*, 2016 WL 475382 (D. Or. Feb. 4, 2016), the Courts have determined that ORS 659A.199 is limited to *private* sector employment. This case involves *public* sector employment. Therefore, Plaintiff's claim based on ORS 659A.199 is DISMISSED.

IT IS SO ORDERED.

DATED this 16th day of June, 2016.

_____
Michael J. McShane
United States District Judge

2 –ORDER